IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MERARI CABRERA, and JOSE GONZALEZ,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LOREN K. MILLER, Service Center Director, U.S. Citizenship and Immigration Services; and UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services;<br><br>　　　　　　Defendants. | **4:23CV3051**<br><br>**ORDER OF DISMISSAL** |

　　This matter comes before the Court on the plaintiff's Notice of Voluntary Dismissal (Filing No. 7). The Court, being advised in the premises, finds that such an Order is proper.

　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice with each party to bear their own costs and fees.

　　Dated this 6th day of July, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　Senior United States District Judge